# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00391-CV

### In re Jason Hodge

### ORIGINAL PROCEEDING FROM LEE COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]  *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:   December 29, 2021

---

[1]  The temporary stay is lifted.  *See* Tex. R. App. P. 52.10(b).